[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 357.]

THE STATE EX REL. GROVES, APPELLEE, *v.* COMMUNITY ACTION PROGRAM; INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Groves v. Community Action Program*, 1998-Ohio-55.]

*Workers' compensation—Court of appeals' judgment affirmed on authority of State ex rel. Russell v. Indus. Comm.*

(No. 97-2271—Submitted August 19, 1998—Decided October 14, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD08-1065.

————————————

*Richard L. Williger*, for appellee.

*Betty D. Montgomery*, Attorney General, and *Jonathan A. Good*, Assistant Attorney General, for appellant.

————————————

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State ex rel. Russell v. Indus. Comm.* (1998), 82 Ohio St.3d 516, 696 N.E.2d 1069.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————